**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 97-7623**

———————————

ELDON LOWELL YOCUM,

                        Petitioner - Appellant,

    versus

UNITED STATES OF AMERICA, Central District of
Illinois,

                        Respondent - Appellee.

———————————

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Terrence W. Boyle, Chief District Judge.  (CA-97-856-5-BO)

———————————

Submitted:  May 14, 1998           Decided:  May 26, 1998

———————————

Before WIDENER and MICHAEL, Circuit Judges, and BUTZNER, Senior Circuit Judge.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Eldon Lowell Yocum, Appellant Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying relief on his 28 U.S.C. § 2241 (1994) petition. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Yocum v. United States, No. CA-97-856-5-BO (E.D.N.C. Oct. 29, 1997). Appellant's motions for suppression of evidence, for Fed. R. App. P. 9(a) relief, for release, and to show cause are completely meritless and are hereby denied. We deny Appellant's motions for the appointment of counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED